PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
21-cr-00250-WJM-1

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00134-APG-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Daniel Espinoza | District of Colorado | U.S. Probation Office |

FILED ✓    RECEIVED
ENTERED    SERVED ON
MAY 19 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| William J. Martinez | | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/8/2024 | TO 11/7/2026 |

**OFFENSE**
21 U.S.C. § 841(a)(1), (b)(1)(A)(i) and 18 U.S.C. § 2- Possession with Intent to Distribute 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, and to Intentionally Aid, Abet, Counsel, Command, Induce, and Procure the Same

**JUSTIFICATION/REASON FOR TRANSFER**
Mr. Espinoza has been supervised in the District of Nevada since the commencement of supervision in November 2024 and a transfer of jurisdiction is requested for continuity of supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                DISTRICT OF    COLORADO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 9, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                DISTRICT OF    Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 20, 2025
*Effective Date*

*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Daniel Espinoza

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

May 15, 2025

TO:   U.S. District Judge:

On February 3, 2023, Daniel Espinoza was sentenced by the Honorable Senior United States District Judge, William J. Martinez, in the District of Colorado to 36 months custody followed by two (2) year of supervised release for committing the offense; 21 U.S.C. § 841(a)(1), (b)(1)(A)(i) and 18 U.S.C. § 2- Possession with Intent to Distribute 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, and to Intentionally Aid, Abet, Counsel, Command, Induce, and Procure the Same, in Docket Number: 1:21-cr-00250-WJM-1. On February 12, 2024, a prerelease request was accepted to reside in the District of Nevada at his parent's family home in Las Vegas.

On November 8, 2024, Espinoza commenced supervision in the District of Nevada.

On May 8, 2025, the undersigned officer requested the transfer of jurisdiction for Espinoza from the District of Colorado.

On May 9, 2025, the Honorable William J. Martinez initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Espinoza's case. The Honorable William J. Martinez has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Approved:                                                Respectfully submitted,

*Donnette Johnson*                                       *Nickie Pipilakis*
Digitally signed by Donnette Johnson                     Digitally signed by Nickie Pipilakis
Date: 2025.05.18 15:52:21 -07'00'                        Date: 2025.05.19 09:24:55 -07'00'

Donnette Johnson                                         Nickie Pipilakis
Supervisory United States Probation Officer              United States Probation Officer